UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SV PRODUCE, INC.,
         Plaintiff,

    -v-

EMPORIUM FRESH-ISLIP, LTD., *et al.*,
         Defendants.

19-CV-5036 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  As noted by Magistrate Judge Ona Wang, despite the failure of Defendants to respond to the complaint, Plaintiff has not sought a default judgment. (Dkt. No. 20.) The Court has been informed that the Plaintiff cannot locate a copy of its complaint. However, a copy of the complaint is necessary for this Court to grant any potential motion for default judgment. *See* Local Civil Rule 55.2(b).

  Accordingly, if Plaintiff does not move for default judgment and file a copy of the complaint on or before February 17, 2020, this action will be dismissed for failure to prosecute.

  SO ORDERED.

Dated: January 6, 2020
   New York, New York

                _____
                  J. PAUL OETKEN
                 United States District Judge